UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESUS VILLEGAS,

                                                        Plaintiff,            **7:24-cv-08555 (JGLC)**

         - against -                                           **JUDGMENT**

CINNAMON INDIAN CUISINE INC.
d/b/a CINNAMON INDIAN CUISINE,
CHAMINDA WIDYARATHNA,
WAJIRA WIDYARATHNA and
KOYES CHOWDHURY, individually,

                                                     Defendants.
------------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 13, 2025 and Defendants Cinnamon Indian Cuisine Inc. d/b/a Cinnamon Indian Cuisine and Chaminda Widyarathna, Wajira Widyarathna and Koyes Chowhdury, individually, in the sum of $18,000, payable to Jesus Villegas; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jesus Villegas and against Defendants Cinnamon Indian Cuisine Inc. d/b/a Cinnamon Indian Cuisine and Chaminda Widyarathna, Wajira Widyarathna and Koyes Chowhdury in the sum of $18,000.

SO ORDERED:

Dated: January __29__, 2025
          New York, New York

                                                             By:  _Jessica Clarke_
                                                                       Hon. Jessica G. L. Clarke